**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1924**

---

JANICE CAMP,

                                     Plaintiff - Appellant,

      versus

LARRY G. MASSANARI, ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

                                     Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Max O. Cogburn, Magistrate Judge. (CA-00-186-1-C)

---

Submitted: December 20, 2001      Decided: December 27, 2001

---

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jimmy A. Pettus, H. RUSSELL VICK & ASSOCIATES, P.L.L.C., Greensboro, North Carolina, for Appellant. Robert J. Conrad, Jr., United States Attorney, Richard Lee Edwards, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janice Camp appeals from the district court's[*] order affirming the Commissioner's final decision to deny Camp's application for Social Security disability benefits. Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Camp v. Massanari, No. CA-00-186-1-C (W.D.N.C. May 15, 2001). Additionally, although Camp argues that the Administrative Law Judge ("ALJ") rejected Dr. Richard Munschy's opinion without properly seeking additional information from the doctor, she has made no showing of prejudice. Thus, any error on the part of the ALJ was harmless. See Newton v. Apfel, 209 F.3d 448, 458 (5th Cir. 2000) (holding claim requires showing that additional evidence would have been produced that might have led to a different decision). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The case was decided by a magistrate judge upon the consent of both parties.

2